UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDI DOUMBIA,<br><br>                              Plaintiff,<br><br>           -against-<br><br>FATOU BAMBA,<br><br>                              Defendant. | 24-cv-1088 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 28, 2024, order, this action is dismissed for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 30, 2024
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge