UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIDI DOUMBIA,

                Plaintiff,

-against-

FATOU BAMBA,

                Defendant.

24-CV-1088 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se*. On October 30, 2024, the Court dismissed the complaint and entered judgment. On December 18, 2024, Plaintiff filed a motion for an extension of time to file a notice of appeal (ECF No. 11) the same day Plaintiff filed a notice of appeal (ECF No. 12).

    Plaintiff's motion for an extension of time to file a notice of appeal is denied as moot. Plaintiff filed a notice of appeal on the same day she submitted the request, which the Court transmitted to the United States Court of Appeals for the Second Circuit.

## CONCLUSION

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

    Plaintiff's motion for an extension of time to appeal (ECF No. 11) is denied as moot.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   June 17, 2025
         New York, New York

                                             /s/ Laura Taylor Swain
                                        _____
                                             LAURA TAYLOR SWAIN
                                        Chief United States District Judge